In the Matter of the Claim of SALVATORE DE STEFANO, Respondent, against CONSOLIDATED TILE CO., INC., Respondent, and MERRITT CHAPMAN & SCOTT CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued December 2, 1954; decided December 31, 1954.

*Urban S. Mulvehill* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.